ROCKLAND-ROCKPORT LIME COMPANY, Respondent, *v.* MARY C. LEARY, as Administratrix of the Estate of JAMES D. LEARY, Deceased, Respondent, and DANIEL J. LEARY et al., Appellants.

(Submitted January 8, 1912; decided January 16, 1912.)

Motion to amend remittitur denied, without costs. (See 203 N. Y. 469.)